

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2015

No. 04-15-00589-CV

**IN THE INTEREST OF A.K.,** a child,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2538-CV
The Honorable William Old, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is granted. We order appellee's brief due December 28, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court